

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Rosa Serrano d/b/a The Lens Factory, | § | No. 08-15-00044-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| City Bank and Old Republic National Title Insurance Company, | § | of El Paso County, Texas |
| | § | (TC# 2015-DCV-1079) |
| Appellees. | § | |
| | § | |

# O RDER

The Court GRANTS the Appellant's pro se motion to extend time to file her motion challenging the trial court's order which sustained the contest. *See* TEX.R.APP.P. 20.1(j)(1), (2). NO FURTHER MOTIONS WILL BE CONSIDERED BY THIS COURT. It is further ORDERED that Rosa Serrano, pro se, prepare her motion and forward the same to this Court on or before July 13, 2016.

IT IS SO ORDERED this 16th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)